IN THE CIRCUIT COURT FOR THE FIRST JUDICIAL DISTRICT
OF HINDS COUNTY, MISSISSIPPI

GREGORY McNEIL         **FILED**         PLAINTIFF,

VS.         JAN 05 2017         No. 17-7

ZACK WALLACE, CIRCUIT CLERK

BY_____ D.C.         DEMAND FOR JURY TRIAL

FABULOUS GLOBAL INVESTORS, LLC
D/B/A FABULOUS GLOBAL LOGISTICS,         DEFENDANT.

## COMPLAINT

### STATEMENT OF THE PARTIES

1. Plaintiff, Gregory McNeil, a Deputy Sheriff of Hinds County, Mississippi, is over the age of majority and is a resident of the First Judicial District of Jackson, Hinds County, Mississippi, and is under the provision, benefits, and protection of Mississippi Code § 15-1-65 providing *inter alia,* "**When a cause of action has accrued outside the state** (crashed into traveling East on I-20 in Louisiana on January 12, 2014, approaching the Mississippi bridge, by an eighteen-wheeler negligently operated by Defendant, Fabulous Global Investors, LLC., a/k/a Fabulous Global Logistics' driver) **where such cause of action accrued, an action cannot be maintained by reason of lapse of time** (1-year unconscionable statute of limitations in Louisiana having run, causing the Louisiana Courts not to have jurisdiction, and the 2-year statute of limitations in Texas having run, causing the Texas Courts not to have jurisdiction) . . . **that were such a cause of action has accrued in favor of a resident of this state (Mississippi), this state's law on the period of limitations (3-year) shall apply.**" [Emphasis added.]

# EXHIBIT A

2. Defendant, Fabulous Global Investors, LLC. , designated its registered agent for service of process, as Richard N. Onwudebe, 8 Devon Ct., Mansfield, Texas 76063, and previously received from the United States Department of Transportation, (DOT) Number 2388246, obtaining the right to transport freight individually addressed to various end customers globally and in various locations in the United States, choosing to hold itself out to potential shippers as Doing-Business-As (d/b/a) Fabulous Global Logistics assuring that it can haul freight fabulously globally and throughout the United States.

However, the "global" and hauling of any kind of freight was finally voided and halted by the United States Motor Carrier Safety Administration, ordering on 2nd Serve Dates of 08/123/2014 and 02/22/2016, an "INVOLUNTARY REVOCATION" of "USDOT Number 2388246, Docket Number MC821949, Legal Name FABULOUS GLOBAL INVESTORS, LLC (Doing-Business-As) Name FABULOUS GLOBAL LOGISTICS," voiding all authority to ship freight addressed to various end customers globally and in various locations in the United States.

The name Fabulous Global Investors, LLC, d/b/a Fabulous Global Logistics previously held itself out to potential shippers as having fabulous (unsurpassed) authority to ship freight globally (worldwide) and to various end customers with names and addresses appearing on the freight or cargo being hauled in the United States. Fabulous Global Investors, LLC, d/b/a Fabulous Global Logistics' driver was a few miles from the Mississippi River bridge going East on I-20 hauling freight addressed to unknown recipients when he crashed his eighteen-wheeler causing the Plaintiffs, Doris S. Sutton, and her three children subsequently to go to the Baptist Hospital Emergency Room in Jackson, Mississippi, with the eighteen-wheeler driver being issued a traffic citation for "Careless Operation."

## STATEMENT OF FACTS

3. On or about January 12, 2014, Plaintiff, Gregory McNeil, a Deputy Sheriff of Hinds County, Mississippi, was pulling a vehicle own by Doris S. Sutton with a u-haul, with Doris S. Sutton, being a passenger in the front seat wearing her seat belt, and her children, Brittany S. Davis and William T. Burney both sitting on the second back seat, wearing seat belts, with the infant, Kjell Draine, Jr., securely strapped in an infant car seat on the third back seat, when an eighteen-wheeler driven by Defendant, Fabulous Global Investors, LLC, d/b/a Fabulous Global Logistics' driver made an improper lane change, receiving a citation for "Careless Operation," crashing into them, with the Accident Report, incorporated here by reference, copy of which is attached as Exhibit "A," setting forth *inter alia* "**He** ( Defendant, Fabulous Global Investors, LLC, D/B/A Fabulous Global Logistics' driver) . . . **stated that he was driving down I-20 eastbound and had past a vehicle** (staying in the left lane for some time) **and as he began to come back into that far right lane he stated that he seen the vehicle** (driven by Plaintiff, Gregory McNeil that was passing him in the right lane) **but didn't no** (*sic* - know) **that the vehicle was pulling another vehicle** . . . (and coming back into the right lane he) struck the vehicle on the left back driver's side (crashing into the vehicle being towed, own by Doris S, Sutton, connected as one unit to Plaintiff's Gregory McNeil's vehicle). . . . **Driver 1 (Defendant, Fabulous Global Investors, LLC, D/B/A Fabulous Global Logistics' driver) was issued a citation** (listed on page 04 of the Crash Report, attached as Exhibit "A," and incorporated here by reference, as **Careless Operation**)." [Emphasis added.]

3

4. As a direct and proximate result of the aforesaid wrongful, negligent, and/or wanton conduct, of Defendant, Fabulous Global Investors, LLC, d/b/a Fabulous Global Logistic's driver, the Plaintiff, Gregory McNeil, suffered injuries and occurred medical bills and treatment in Jackson, Hinds County, Mississippi.

### NEGLIGENCE OF FABULOUS GLOBAL INVESTORS, LLC, D/B/A AS FABULOUS GLOBAL LOGISTICS' DRIVER

5. The negligence of Defendant, Fabulous Global Investors, LLC, d/b/a Fabulous Global Logistics' driver consisted *inter alia* of the following:

A. Negligently and carelessly operating an eighteen-wheeler under the circumstances there and then existing;

B. Negligently and carelessly failing to have an eighteen-wheeler under free and easy control;

C. Negligently and carelessly failing to exercise reasonable care to keep a proper lookout for other vehicles on the interstate;

D. Negligently and carelessly failing to exercise ordinary and reasonable care to be on the alert for other vehicles;

E. Negligently and carelessly failing to take reasonable precautions to avoid crashing into another vehicle;

F. Negligently and carelessly failing to maintain a proper lookout and to pay full attention to the operation of the eighteen-wheeler to avoid a crash; and

G. Such other negligent acts or omissions as may be shown at the trial of this matter.

## **GROSS NEGLIGENCE**

6. The negligent acts of Defendant, Fabulous Global Investors, LLC, d/b/a Fabulous Global Logistics and its driver, under its control, were performed with reckless and wanton disregard for the safety and rights of Plaintiff, Gregory McNeil, and amounted to gross negligence.

### *RESPONDEAT SUPERIOR*

7. The Defendant, Fabulous Global Investors, LLC, d/b/a Fabulous Global Logistics, as the employer and supervisor of its eighteen-wheeler driver, under the doctrine of *respondeat superior*, is legally responsible for all the acts or omissions of its driver involved in this eighteen-wheeler crash.

## **NEGLIGENCE HIRING, TRAINING, MONITORING, AND SUPERVISING**

8. That in addition to the responsibilities set forth in the preceding paragraphs, the Defendant, Fabulous Global Investors, LLC, d/b/a Fabulous Global Logistics, had a duty to properly hire, train, and monitor and supervise its eighteen-wheeler driver to prevent an eighteen-wheeler crash such as the one which occurred in this eighteen-wheeler crash. The Defendant, Fabulous Global Investors, LLC, d/b/a Fabulous Global Logistics, failed in its duty to properly hire, train, monitor, and supervise this eighteen-wheeler driver, who caused this eighteen-wheeler crash.

## **NEGLIGENCE ENTRUSTMENT**

9. That in addition to the responsibilities set forth in the proceeding paragraphs, the Defendant, Fabulous Global Investors, LLC d/b/a Fabulous Global Logistics negligently entrusted an eighteen-wheeler to a driver without first giving him proper training and supervision with reference of such an eighteen-wheeler entrusted to him.

5

## CONSPIRACY TO EVADE SAFETY RULES, TRUCKING REGULATIONS, AND LIABILITY AMOUNTING TO UNSAFE MODUS OPERANDI

10. That in addition to the responsibilities set forth in the proceeding paragraphs, Defendant, Fabulous Global Investors, LLC d/b/a Fabulous Global Logistics' driver, choose not to provide and make certain that full information was recorded on the attached State of Louisiana Uniform Motor Vehicle Crash Report, incorporated here by reference and attached as Exhibit "A," such as giving the US DOT number, the name of the Interstate Carrier, the trailer description or its license plate, and/or make full and accurate disclosures in conflict with truth, right, justice, applicable safety rules, and trucking regulations, which amounted to unsafe modus operandi.

## GROSS NEGLIGENCE

11. The negligent and other acts of Defendant, Fabulous Global Investors, LLC, d/b/a Fabulous Global Logistics, were performed with reckless and wanton disregard for the safety and rights of the Plaintiff, Gregory McNel, and amounted to gross negligence.

## DAMAGES WITHIN THE JURISDICTION OF THE COURT

12. As a direct and proximate result of the aforesaid negligence of the Defendant, Fabulous Global Investors, LLC, d/b/a Fabulous Global Logistics caused the Plaintiff, Gregory McNeil, to undergo diagnostic procedures and treatments and to secure the services of physicians and other medical care providers in Jackson, Hinds County, Mississippi.

13. As a result of the aforesaid injuries to Plaintiff, Gregory McNeil, Plaintiff, Gregory McNeil, has sustained the following damages:

    a.    Medical bills;

    b.    Lost wages, by being forced to take his built up personal sick and vacation leave in his employment as a Hinds County, Mississippi Deputy Sheriff;

    c.    Past, present, and future physical pain and suffering;

    d.    Loss of enjoyment of life;

    e.    Mental and emotional distress, past and future;

    f.    Permanent physical injuries and impairment;

    g.    Future medical expenses unknown at this time;

    h.    Loss of future earning potential and future lost wages unknown at this time;

    i.    All damages of every kind to which the Plaintiff, Gregory McNeil, is entitled by law.

14. The Plaintiff, Gregory McNeil, is entitled to punitive damages for the willful, wanton, reckless, and gross actions and negligence of the Defendant, Fabulous Global Investors, LLC, d/b/a Fabulous Global Logistics and its driver.

**WHEREFORE PREMISES CONSIDERED**, Plaintiff, Gregory McNeil, demands a jury to try this case and prays:

(1) That the Defendant, Fabulous Global Investors, LLC, d/b/a Fabulous Global Logistics be served with a copy of this complaint and be cited and required to answer the same within the time period provided by law.

(2) That the Defendant, Fabulous Global Investors, LLC, d/b/a Fabulous Global Logistics, be responsible for all costs of these proceedings.

(3) That after the expiration of all legal delays and due proceedings had that there be a judgment in favor of the Plaintiff, Gregory McNel, and against the Defendant, Fabulous Global Investors, LLC, d/b/a Fabulous Global Logistics, in the following sums:

(a) Compensatory damages in the amount to be determined by the jury, within the jurisdiction of the Court;

(b) Punitive damages in the amount to be determined by the jury;

(c) All costs of court;

(d) Prejudgment interest on all sums ordered herein; and

(e) For all other legal and equitable relief to which Plaintiff, Gregory McNeill, may be entitled to by law.

Respectfully submitted,

**GREGORY McNEL**

By: ___*Joe M. Ragland*___
JOE M. RAGLAND (MSB #4600)
ATTORNEY FOR PLAINTIFF

JOE M. RAGLAND, J.D., LL.M.
RAGLAND LAW FIRM
615 Barksdale Street
Jackson, Mississippi 39202
601•969•5050

TGA:BTG"JIL

# STATE OF LOUISIANA
## UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT

* 6036671 *

**TOTAL NUMBER OF VEHICLES INVOLVED:** 02

**DATE OF CRASH:** 01 12 2014
**TIME (0000):** 1914
**DISTRICT/ZONE:**
**TROOP:** F
**LAT.:**
**LONG.:**
**Quadrant:** NW / SW / NE / SE
**Service Road:** N / E / S / W
**PAGE #:** 01

**PARISH:** RICHLAND
**PARISH CODE:** 42
**CITY OR TOWN:** DELHI
**CITY CODE:** 01

**CRASH OCCURRED ON:** A (Interstate)
**HIGHWAY #:** I-20
**MILEPOST:** 154
**ROADWAY NAME:** Interstate 20

**WORK ZONE:** 
**HIT & RUN:** 
**PUBLIC PROPERTY DAMAGE:** 
**PHOTOS MADE:** X
**RR TRAIN INVOLVED:** 
**FATALITY:** 
**PED:** 
**INJURY:** 

## CONTRIBUTING FACTORS AND CONDITIONS

- **ROAD SURFACE:** A, B
- **ROADWAY CONDITIONS:** A
- **TYPE OF ROADWAY:** C
- **ALIGNMENT:** A
- **PRIMARY FACTOR:** A
- **SECONDARY FACTOR:** K
- **WEATHER:** A
- **KIND OF LOCATION:** G
- **RELATION TO ROADWAY:** A
- **ACCESS CONTROL:** C
- **LIGHTING:** B

## EMERGENCY SERVICES
**AMBULANCE SERVICE:** N/A
**FIRE DEPARTMENT:** N/A

**INVESTIGATING AGENCY:** Delhi Police Dept
**TIME OF NOTIFICATION:** 1914
**TIME OF ARRIVAL:** 1917
**TIME ALL LANES OPENED:** 1940

**INVESTIGATION COMPLETE:** Y
**INVESTIGATING POLICE AGENCY:** B (City)
**DATE REPORT COMPLETED:** 01 13 2014

**INVESTIGATING OFFICER'S NAME (PRINT):** Larry Guy
**BADGE #:** DP5

DPSSP 3105 (REV. MAR. 2005)

**OFFICER'S NARRATIVE:** DESCRIBE ANY UNUSUAL CIRCUMSTANCES ASSOCIATED WITH CRASH, INCLUDING OFFICER'S OBSERVATIONS AND OPINIONS. INCLUDE WITNESS NAMES, ADDRESSES, PHONE NUMBERS, ETC.
IF NECESSARY, INDICATE DAMAGE TO PUBLIC OR PRIVATE PROPERTY (WITH OWNER'S NAME & ADDRESS) AT THE END OF THE NARRATIVE.
PAGE # 02

REFER TO EACH BY VEHICLE NUMBER

On 1-12-2014 Delhi Police Department was dispatched to I-20 East bound milepost 154 on a signal 20 that had occurred. Upon my arrival I officer Larry Guy + officer Derrick Hudson made contact with both drivers and check for injuries of the incident. I officer Derrick Hudson spoke with vehicle 1 of the incident which was Gary Warner. He stated that he was driving down I-20 east bound and had past a vehicle and as he began to come back into the far right lane he stated that he seen the vehicle but didn't no that the vehicle was pulling another vehicle on a uhaul and struck the vehicle on the left back driver side. I officer Hudson then talk with Vehicle #2 and he stated that he was driven down I-20 east bound milepost 154 and he stated that he seen the vehicle behind him began to get over in the far lane as he past a vehicle and hit his vehicle on his uhaul. he then pull to the side of the intersection. Driver 1 was issued a citation.

**MANNER OF COLLISION** B

| A NON-COLLISION WITH MOTOR VEHICLE | B REAR END | C HEAD-ON | D RIGHT ANGLE | E LEFT TURN | F LEFT TURN | G LEFT TURN | H RIGHT TURN | I RIGHT TURN | J SIDESWIPE SAME | K SIDESWIPE OPPOSITE | Z OTHER |

NORTH

I-20 Westbound

MEDIAN

I-20 Eastbound    V-1 →   1   V-1 →   V-2 →    V-2 →    V-1 →
                          P.O.I           P.O.R       P.O.R

NOT TO SCALE!!!

Document #: 1A

PAGE #

**STATE OF LOUISIANA**
**UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT**
**VEHICLE/PEDESTRIAN**

60366 11-03

VEH # 01   OR   PEDESTRIAN

| CONF | CARGO BODY TYPE | YEAR | MAKE | MODEL | # DOORS | # AXLES | # TIRES |
|---|---|---|---|---|---|---|---|
| X | N (see page 1 for selections) | 2006 | VOLVO | TRACTOR | 2 | 05 | 18 |

V.I.N. 4V4NC9TH16N393414

VEHICLE TOWED: B
A. YES
B. NO
C. LEFT AT SCENE

REMOVED BY: Owner

REASON TOWED
A. VEHICLE DAMAGE
B. DRIVER ARRESTED
C. INSURANCE VIOLATION
Z. OTHER

LICENSE PLATE: YEAR  STATE  NUMBER  TYPE
GVWR/GCWR

TRAILER DESCRIPTION: YEAR  MAKE  TYPE
LICENSE PLATE: YEAR  STATE  NUMBER

VEHICLE CLASSIFICATION: COMMERCIAL/BUSINESS VEHICLE [X]   GOVERNMENT VEHICLE   PERSONAL VEHICLE

US DOT # _____
CARRIER NAME _____  MC/MX ("ICC") # _____
STREET ADDRESS: _____ CITY _____ STATE _____ ZIP _____
INTERSTATE CARRIER Y/N   TRANSPORTING HAZARDOUS MATERIAL Y/N   CLASS   ID#   PLACARDS DISPLAYED Y/N   HAZ MAT RELEASED Y/N

NAME (LAST, FIRST, MI) OF [X] DRIVER / PEDESTRIAN
GARY WARNER ROBERT
STREET ADDRESS: 3721 OAK Street
CITY: Euless   STATE: TX   ZIP: 76040
TELEPHONE #: _____

DATE OF BIRTH: [redacted]

POS-TION: A  EJEC-TION: A  TRAP/EXTRI-CATED: A  AIR BAG: B  OCC PROT SYS: D  SEX: M  RACE: W  AGE: 63  INJURY: E

INSTRUCTED TO EXCHANGE INFORMATION? Y/N: Y
TRANSPORTED TO MEDICAL FACILITY: A. YES  B. NO  C. REFUSED AID  Y. UNKNOWN : 0
NAME OF FACILITY: _____

STATE: TX   CLASS: A   ENDORSEMENTS: M   DRIVER'S LICENSE NUMBER: [redacted]

PEDESTRIAN ONLY: UPPER BODY CLOTHING LIGHT/DARK   LOWER BODY CLOTHING LIGHT/DARK   SEX   RACE   AGE   INJURY CODE

OWNER'S NAME (LAST, FIRST, MI OR COMPANY NAME): [Y] Same as Driver
STREET ADDRESS: _____
CITY: _____   STATE: _____   ZIP: _____   TELEPHONE #: _____

INSURANCE CO. NAME: Great West Casualty (NOT AGENCY NAME)   POLICY NUMBER: MC P06676A   EXPIRATION DATE: Oct 3, 14
AGENT'S NAME/ADDRESS: Marketers General Insurance   PHONE #: 405 848-7607

OCCUPANT'S NAME (LAST, FIRST, MI): _____
STREET ADDRESS: _____   CITY: _____   STATE: _____   ZIP: _____
TRANSPORTED TO MEDICAL FACILITY: A. YES  B. NO  C. REFUSED AID  Y. UNKNOWN
NAME OF FACILITY: _____

OCCUPANT'S NAME (LAST, FIRST, MI): _____
STREET ADDRESS: _____   CITY: _____   STATE: _____   ZIP: _____
TRANSPORTED TO MEDICAL FACILITY: A. YES  B. NO  C. REFUSED AID  Y. UNKNOWN
NAME OF FACILITY: _____

**SEATING POSITION**
A - FRONT SEAT-LEFT SIDE (MOTORCYCLE DRIVER)
B - FRONT SEAT-MIDDLE
C - FRONT SEAT-RIGHT SIDE
D - SECOND SEAT-LEFT SIDE (MOTORCYCLE PASSENGER)
E - SECOND SEAT-MIDDLE
F - SECOND SEAT-RIGHT SIDE
G - THIRD ROW-LEFT SIDE (MOTORCYCLE PASSENGER)
H - THIRD ROW-MIDDLE
I - THIRD ROW-RIGHT SIDE
J - SLEEPER SECTION OF CAB (TRUCK)
K - PASSENGER IN OTHER ENCLOSED PASSENGER OR CARGO AREA (NON-TRAILING UNIT)
L - PASSENGER IN OTHER UNENCLOSED PASSENGER OR CARGO AREA (NON-TRAILING UNIT)
M - PASSENGER ON TRAIN OR STREETCAR
N - TRAILING UNIT
O - RIDING ON VEHICLE EXTERIOR (NON-TRAILING UNIT)
Y - UNKNOWN

**EJECTION**
A - NOT EJECTED
B - TOTALLY EJECTED
C - PARTIALLY EJECTED
Y - UNKNOWN

**TRAPPED OR EXTRICATED**
A - NOT TRAPPED
B - TRAPPED/EXTRICATED
C - TRAPPED/NOT EXTRICATED
Y - UNKNOWN

**AIRBAG**
A - DEPLOYED
B - NON DEPLOYED
C - NON-DEPLOYED/SWITCH OFF
D - NOT APPLICABLE
Y - UNKNOWN

**OCCUPANT PROTECTION SYSTEM USED**
A - NONE USED-VEHICLE OCCUPANT
B - SHOULDER BELT ONLY USED
C - LAP BELT ONLY USED
D - SHOULDER AND LAP BELT USED
E - CHILD SAFETY SEAT IMPROPERLY USED
F - CHILD SAFETY SEAT USED
G - HELMET USED
Y - RESTRAINT USE UNKNOWN

**INJURY**
A - FATAL
B - INCAPACITATING/SEVERE
C - NON-INCAPACITATING/MODERATE
D - POSSIBLE/COMPLAINT
E - NO INJURY

DPSSP 3106 (REV. MAR. 2005)

PAGE # 04

WRITE APPROPRIATE LETTER IN BLOCK

## CONTRIBUTING FACTORS AND CONDITIONS

**VISION OBSCUREMENTS:** Y
- A. RAIN, SNOW, ETC. ON WINDSHIELD
- B. WINDSHIELD OTHERWISE OBSCURED
- C. VISION OBSCURED BY LOAD
- D. TREES, BUSHES, ETC.
- E. BUILDING
- F. EMBANKMENT
- G. SIGN BOARDS
- H. HILLCREST
- I. PARKED VEHICLES
- J. MOVING VEHICLES
- K. BLINDED BY HEADLIGHTS
- L. BLINDED BY SUNGLARE
- M. DISTRACTED BY NEON LIGHTS IN FIELD OF VIEW
- N. NO OBSCUREMENTS
- Y. UNKNOWN
- Z. OTHER

**VIOLATION:** S
- A. EXCEEDING STATED SPEED LIMIT
- B. EXCEEDING SAFE SPEED LIMIT
- C. FAILURE TO YIELD
- D. FOLLOWING TOO CLOSELY
- E. DRIVING LEFT OF CENTER
- F. CUTTING IN, IMPROPER PASSING
- G. FAILURE TO SIGNAL
- H. MADE WIDE RIGHT TURN
- I. CUT CORNER ON LEFT TURN
- J. TURNED FROM WRONG LANE
- K. OTHER IMPROPER TURNING
- L. DISREGARDED TRAFFIC CONTROL
- M. IMPROPER STARTING
- N. IMPROPER PARKING
- O. FAILED TO SET OUT FLAGS, FLARES
- P. FAILED TO DIM HEADLIGHTS
- Q. VEHICLE CONDITION
- R. DRIVER CONDITION
- S. CARELESS OPERATION
- T. IMPROPER BACKING
- U. NO VIOLATIONS
- Y. UNKNOWN
- Z. OTHER

**TRAFFIC CONTROL:** R
- A. STOP SIGN
- B. YIELD SIGN
- C. RED SIGNAL ON
- D. YELLOW SIGNAL ON
- E. GREEN SIGNAL ON
- F. GREEN TURN ARROW ON
- G. RIGHT TURN ON RED
- H. LIGHT PHASE UNKNOWN
- I. FLASHING YELLOW
- J. FLASHING RED
- K. OFFICER, FLAGMAN
- L. RR CROSSING, SIGN
- M. RR CROSSING, SIGNAL
- N. RR CROSSING, NO CONTROL
- O. WARNING SIGN (SCHOOL, ETC.)
- P. SCHOOL FLASHING SPEED SIGN
- Q. YELLOW NO PASSING LINE
- R. WHITE DASHED LINE
- S. YELLOW DASHED LINE
- T. BIKE LANE
- U. CROSSWALK
- V. NO CONTROL
- Y. UNKNOWN
- Z. OTHER

**CONDITION OF DRIVER/PED:** A
- A. NORMAL
- B. INATTENTIVE
- C. DISTRACTED
- D. ILLNESS
- E. FATIGUED
- F. APPARENTLY ASLEEP/BLACKOUT
- G. DRINKING ALCOHOL - IMPAIRED
- H. DRINKING ALCOHOL - NOT IMPAIRED
- I. DRUG USE - IMPAIRED
- J. DRUG USE - NOT IMPAIRED
- K. PHYSICAL IMPAIRMENT (EYES, EAR, LIMB)
- Y. UNKNOWN
- Z. OTHER

**DRIVER DISTRACTION:** E
- A. CELL PHONE
- B. OTHER ELECTRONIC DEVICE (PAGER, PALM PILOT, NAVIGATION DEVICE, ETC.)
- C. OTHER INSIDE THE VEHICLE
- D. OTHER OUTSIDE THE VEHICLE
- E. NOT DISTRACTED
- Y. UNKNOWN

**REASON FOR MOVEMENT:** L
- A. TO AVOID OTHER VEHICLE
- B. TO AVOID PEDESTRIAN
- C. TO AVOID ANIMAL
- D. TO AVOID OTHER OBJECT
- E. PASSING
- F. VEHICLE OUT OF CONTROL, NOT PASSING
- G. VEHICLE OUT OF CONTROL, PASSING
- H. FOR TRAFFIC CONTROL
- I. DUE TO CONGESTION
- J. DUE TO PRIOR CRASH (COLLISION)
- K. DUE TO DRIVER CONDITION
- L. DUE TO DRIVER VIOLATION
- M. DUE TO VEHICLE CONDITION (FAILURE)
- N. DUE TO PAVEMENT CONDITION
- O. HIGH WIND
- P. NORMAL MOVEMENT
- Y. UNKNOWN
- Z. OTHER

**PEDESTRIAN ACTIONS:** Z
- A. CROSSING, ENTERING ROAD AT INTERSECTION
- B. CROSSING, ENTERING ROAD NOT AT INTERSECTION
- C. WALKING IN ROAD - WITH TRAFFIC
- D. WALKING IN ROAD - AGAINST TRAFFIC
- E. SLEEPING IN ROADWAY
- F. STANDING IN ROADWAY
- G. GETTING ON OR OFF OTHER VEHICLE
- H. PUSHING, WORKING ON VEHICLE IN ROAD
- I. OTHER WORKING IN ROADWAY
- J. PLAYING IN ROADWAY
- K. NOT IN ROADWAY
- Y. UNKNOWN
- Z. OTHER

### SEQUENCE OF EVENTS/HARMFUL EVENTS

**NON COLLISION**
- A. OVERTURN/ROLLOVER
- B. FIRE/EXPLOSION
- C. IMMERSION
- D. JACKKNIFE
- E. CARGO/EQUIPMENT LOSS OR SHIFT
- F. FELL/JUMPED FROM MOTOR VEHICLE
- G. THROWN OR FALLING OBJECT
- H. EQUIPMENT FAILURE (BLOWN TIRE, BRAKE FAILURE, ETC.)
- I. SEPARATION OF UNITS IN TRANSPORT
- J. RAN OFF ROAD RIGHT
- K. RAN OFF ROAD LEFT
- L. CROSSED MEDIAN/CENTERLINE
- M. DOWNHILL RUNAWAY
- N. OTHER NON-COLLISION

**COLLISION WITH PERSON, MOTOR VEHICLE, OR NON-FIXED OBJECT**
- O. PEDESTRIAN
- P. PEDALCYCLE
- Q. RAILWAY VEHICLE (TRAIN, ENGINE)
- R. ANIMAL

**MOVEMENT PRIOR TO CRASH:** H
- A. STOPPED
- B. PROCEEDING STRAIGHT AHEAD
- C. TRAVELING WRONG WAY
- D. BACKING
- E. CROSSED MEDIAN INTO OPPOSING LANE
- F. CROSSED CENTER LINE INTO OPPOSING LANE
- G. RAN OFF ROAD (NOT WHILE MAKING TURN AT INTERSECTION)
- H. CHANGING LANES ON MULTI-LANE ROAD
- I. MAKING LEFT TURN
- J. MAKING RIGHT TURN
- K. STOPPED PREPARING TO, OR MAKING U-TURN
- L. MAKING TURN, DIRECTION UNKNOWN
- M. STOPPED, PREPARING TO TURN LEFT
- N. STOPPED, PREPARING TO TURN RIGHT
- O. SLOWING TO MAKE LEFT TURN
- P. SLOWING TO MAKE RIGHT TURN
- Q. SLOWING TO STOP
- R. PROPERLY PARKED
- S. PARKING MANEUVER
- T. ENTERING TRAFFIC FROM SHOULDER
- U. ENTERING TRAFFIC FROM MEDIAN
- V. ENTERING TRAFFIC FROM PARKING LANE
- W. ENTERING TRAFFIC FROM PRIVATE LANE OR DRIVEWAY
- X. ENTERING FREEWAY FROM ON RAMP
- Y. LEAVING FREEWAY VIA OFF RAMP
- Z. OTHER OR UNKNOWN

**VEHICLE CONDITION:** K
- A. DEFECTIVE BRAKES
- B. DEFECTIVE HEADLIGHTS
- C. DEFECTIVE REAR LIGHTS
- D. DEFECTIVE SIGNAL LIGHTS
- E. ALL LIGHTS OUT
- F. DEFECTIVE STEERING
- G. TIRE FAILURE
- H. WORN OR SMOOTH TIRES
- I. ENGINE FAILURE
- J. DEFECTIVE SUSPENSION
- K. NO DEFECTS OBSERVED
- Y. UNKNOWN
- Z. OTHER

**VEHICLE LIGHTING:** A
- A. HEADLIGHTS ON
- B. HEADLIGHTS OFF
- C. DAYTIME RUNNING LIGHTS
- Y. UNKNOWN

**TRAFFIC CONTROL CONDITIONS:** A
- A. CONTROLS FUNCTIONING
- B. CONTROLS NOT FUNCTIONING
- C. CONTROLS OBSCURED
- D. LANE MARKING UNCLEAR OR DEFECTIVE
- E. NO CONTROLS
- Y. UNKNOWN

**COLLISION WITH FIXED OBJECT**
- X. IMPACT ATTENUATOR/CRASH CUSHION
- Y. BRIDGE OVERHEAD STRUCTURE
- Z. BRIDGE PIER OR SUPPORT
- AA. BRIDGE RAIL
- BB. CULVERT
- CC. CURB
- DD. DITCH
- EE. EMBANKMENT
- FF. GUARDRAIL FACE
- GG. GUARDRAIL END
- HH. CONCRETE TRAFFIC BARRIER
- II. OTHER TRAFFIC BARRIER
- JJ. TREE (STANDING)
- KK. UTILITY POLE/LIGHT SUPPORT
- LL. TRAFFIC SIGN SUPPORT
- MM. TRAFFIC SIGNAL SUPPORT
- NN. OTHER POST, POLE, OR SUPPORT
- OO. FENCE
- PP. MAILBOX
- QQ. OTHER FIXED OBJECT (WALL, BUILDING, TUNNEL, ETC.)
- YY. UNKNOWN

1st: S
2nd:
3rd:
4th:

**MOST HARMFUL EVENT:** S

**ALCOHOL/DRUG INVOLVEMENT**

ALCOHOL/DRUGS SUSPECTED: A
- A. NEITHER ALCOHOL NOR DRUGS
- B. YES-ALCOHOL
- C. YES-DRUGS
- D. YES-ALCOHOL AND DRUGS
- Y. UNKNOWN

ALCOHOL: B
- A. TEST REFUSED
- B. NO TEST GIVEN
- C. TEST GIVEN, RESULTS PENDING
- D. TEST GIVEN, BAC ___.___%

DRUGS: A
- A. TEST NOT GIVEN
- B. TEST GIVEN, RESULTS PENDING
- C. TEST REFUSED
- D. DRUGS REPORTED (SPECIFY IN NARRATIVE)

AFFIX BLOOD ALCOHOL KIT LABEL HERE

(OR ENTER BLOOD ALCOHOL KIT NUMBER)

| | DIRECTION BEFORE CRASH | FINAL LOCATION OF VEHICLES | DISTANCE TRAVELED AFTER IMPACT | SPEED EST. | SPEED POSTED | SKIDMARK DATA (FEET) FR | FL | RR | RL |
|---|---|---|---|---|---|---|---|---|---|
| HEADED | ON HIGHWAY, STREET OR DRIVE | | | | | | | | |
| E | I-20 Mile post 164 East | Roadway | None | 0 | 65 | 70 | | | |

**DAMAGE TO VEHICLE**

AREA DAMAGED: 1ST B, 2ND C
EXTENT OF DEFORMITY: 1ST B, 2ND B
- A- NONE
- B- VERY MINOR
- C- MINOR
- D- MINOR/MODERATE
- E- MODERATE
- F- MODERATE/SEVERE
- G- SEVERE
- H- VERY SEVERE
- Y- UNKNOWN

N- UNDERCARRIAGE
O- TOTAL
P- OTHER
Q- NONE
Y- UNKNOWN

CITATION NO: Careless Operation

R.S. OR ORD. NO: RS: 32:58

NOTICE OF INSURANCE VIOLATION: ☐

INVESTIGATING OFFICER'S INITIALS: LG

DPSSP 3106 (REV. JAN. 2005)

PAGE #

STATE OF LOUISIANA
UNIFORM MOTOR VEHICLE TRAFFIC CRASH REPORT
VEHICLE/PEDESTRIAN

6056611-05

D2 VEH # OR PEDESTRIAN

| CONF | CARGO BODY TYPE (see page 1 for selections) | YEAR | MAKE | MODEL | # DOORS | # AXLES | # TIRES |
|---|---|---|---|---|---|---|---|
| A | | 2002 | JAGUAR | S-Type | 4 | D2 | 4 |

V.I.N. SAJDA01N02FM34784

VEHICLE TOWED: B  (A.YES B.NO C.LEFT AT SCENE)
REMOVED BY: OWNER

REASON TOWED:
A. VEHICLE DAMAGE
B. DRIVER ARRESTED
C. INSURANCE VIOLATION
Z. OTHER

LICENSE PLATE: YEAR 2014  STATE MS  NUMBER HNZ 825  TYPE Private

GVWR/GCWR:

TRAILER DESCRIPTION: YEAR / MAKE / TYPE / LICENSE PLATE YEAR STATE NUMBER

VEHICLE CLASSIFICATION: COMMERCIAL/BUSINESS VEHICLE / GOVERNMENT VEHICLE / PERSONAL VEHICLE

US DOT #
CARRIER NAME
MC/MX ("ICC") #
STREET ADDRESS:                            CITY              STATE    ZIP
INTERSTATE CARRIER Y/N   TRANSPORTING HAZARDOUS MATERIAL Y/N   CLASS   ID#   PLACARDS DISPLAYED Y/N   HAZ MAT RELEASED Y/N

NAME (LAST, FIRST, MI) OF ☐ DRIVER ☐ PEDESTRIAN
Sutton Doris Shantie
STREET ADDRESS 957 North Valley Falls Rd
CITY Jackson   STATE MS   ZIP 39212
TELEPHONE #

DATE OF BIRTH: [REDACTED]

POS-TION / EJEC-TION / EXTRI-CATED / AIR BAG / PROT SYS / SEX / RACE / AGE / INJURY
Y Y Y Y Y F B 3 8 E

INSTRUCTED TO EXCHANGE INFORMATION? Y/N   NAME OF FACILITY
TRANSPORTED TO MEDICAL FACILITY  A.YES  B.NO  C.REFUSED AID  Y.UNKNOWN

STATE MS  CLASS R  ENDORSEMENTS  DRIVER'S LICENSE NUMBER [REDACTED]

PEDESTRIAN ONLY: UPPER BODY CLOTHING LIGHT/DARK  LOWER BODY CLOTHING LIGHT/DARK  SEX  RACE  AGE  INJURY CODE

OWNER'S NAME (LAST, FIRST, MI OR COMPANY NAME)
☒ Same as Driver
STREET ADDRESS
CITY   STATE   ZIP
TELEPHONE #

INSURANCE CO. NAME State Farm County Mutual  (NOT AGENCY NAME)
POLICY NUMBER 302 63 05-E15-43  EXPIRATION DATE 01-14-14
AGENT'S NAME/ADDRESS Jennifer Webb  PHONE # 800-252-7645

OCCUPANT'S NAME (LAST, FIRST, MI)
STREET ADDRESS
CITY   STATE   ZIP
TRANSPORTED TO MEDICAL FACILITY  A.YES  B.NO  C.REFUSED AID  Y.UNKNOWN
NAME OF FACILITY

OCCUPANT'S NAME (LAST, FIRST, MI)
STREET ADDRESS
CITY   STATE   ZIP
TRANSPORTED TO MEDICAL FACILITY  A.YES  B.NO  C.REFUSED AID  Y.UNKNOWN
NAME OF FACILITY

SEATING POSITION:
A - FRONT SEAT-LEFT SIDE (MOTORCYCLE DRIVER)
B - FRONT SEAT-MIDDLE
C - FRONT SEAT-RIGHT SIDE
D - SECOND SEAT-LEFT SIDE (MOTORCYCLE PASSENGER)
E - SECOND SEAT-MIDDLE
F - SECOND SEAT-RIGHT SIDE
G - THIRD ROW-LEFT SIDE (MOTORCYCLE PASSENGER)
H - THIRD ROW-MIDDLE
I - THIRD ROW-RIGHT SIDE
J - SLEEPER SECTION OF CAB (TRUCK)
K - PASSENGER IN OTHER ENCLOSED PASSENGER OR CARGO AREA (NON-TRAILING UNIT)
L - PASSENGER IN OTHER UNENCLOSED PASSENGER OR CARGO AREA (NON-TRAILING UNIT)
M - PASSENGER ON TRAIN OR STREETCAR
N - TRAILING UNIT
O - RIDING ON VEHICLE EXTERIOR (NON-TRAILING UNIT)
Y - UNKNOWN

EJECTION:
A - NOT EJECTED
B - TOTALLY EJECTED
C - PARTIALLY EJECTED
Y - UNKNOWN

TRAPPED OR EXTRICATED:
A - NOT TRAPPED
B - TRAPPED/EXTRICATED
C - TRAPPED/NOT EXTRICATED
Y - UNKNOWN

AIRBAG:
A - DEPLOYED
B - NON DEPLOYED
C - NON-DEPLOYED/SWITCH OFF
D - NOT APPLICABLE
Y - UNKNOWN

OCCUPANT PROTECTION SYSTEM USED:
A - NONE USED-VEHICLE OCCUPANT
B - SHOULDER BELT ONLY USED
C - LAP BELT ONLY USED
D - SHOULDER AND LAP BELT USED
E - CHILD SAFETY SEAT IMPROPERLY USED
F - CHILD SAFETY SEAT USED
G - HELMET USED
Y - RESTRAINT USE UNKNOWN

INJURY:
A - FATAL
B - INCAPACITATING/SEVERE
C - NON-INCAPACITATING/MODERATE
D - POSSIBLE/COMPLAINT
E - NO INJURY

DPSSP 3106 (REV. MAR. 2005)

PAGE # 0 6

WRITE APPROPRIATE LETTER IN BLOCK  **CONTRIBUTING FACTORS AND CONDITIONS**

### VISION OBSCUREMENTS [N]
A. RAIN, SNOW, ETC. ON WINDSHIELD
B. WINDSHIELD OTHERWISE OBSCURED
C. VISION OBSCURED BY LOAD
D. TREES, BUSHES, ETC.
E. BUILDING
F. EMBANKMENT
G. SIGN BOARDS
H. HILLCREST
I. PARKED VEHICLES
J. MOVING VEHICLES
K. BLINDED BY HEADLIGHTS
L. BLINDED BY SUNGLARE
M. DISTRACTED BY NEON LIGHTS IN FIELD OF VIEW
N. NO OBSCUREMENTS
Y. UNKNOWN
Z. OTHER

### VIOLATION [U]
A. EXCEEDING STATED SPEED LIMIT
B. EXCEEDING SAFE SPEED LIMIT
C. FAILURE TO YIELD
D. FOLLOWING TOO CLOSELY
E. DRIVING LEFT OF CENTER
F. CUTTING IN, IMPROPER PASSING
G. FAILURE TO SIGNAL
H. MADE WIDE RIGHT TURN
I. CUT CORNER ON LEFT TURN
J. TURNED FROM WRONG LANE
K. OTHER IMPROPER TURNING
L. DISREGARDED TRAFFIC CONTROL
M. IMPROPER STARTING
N. IMPROPER PARKING
O. FAILED TO SET OUT FLAGS, FLARES
P. FAILED TO DIM HEADLIGHTS
Q. VEHICLE CONDITION
R. DRIVER CONDITION
S. CARELESS OPERATION
T. IMPROPER BACKING
U. NO VIOLATIONS
Y. UNKNOWN
Z. OTHER

### TRAFFIC CONTROL [R]
A. STOP SIGN
B. YIELD SIGN
C. RED SIGNAL ON
D. YELLOW SIGNAL ON
E. GREEN SIGNAL ON
F. GREEN TURN ARROW ON
G. RIGHT TURN ON RED
H. LIGHT PHASE UNKNOWN
I. FLASHING YELLOW
J. FLASHING RED
K. OFFICER, FLAGMAN
L. RR CROSSING, SIGN
M. RR CROSSING, SIGNAL
N. RR CROSSING, NO CONTROL
O. WARNING SIGN (SCHOOL, ETC.)
P. SCHOOL FLASHING SPEED SIGN
Q. YELLOW NO PASSING LINE
R. WHITE DASHED LINE
S. YELLOW DASHED LINE
T. BIKE LANE
U. CROSSWALK
V. NO CONTROL
Y. UNKNOWN
Z. OTHER

### CONDITION OF DRIVER/PED [A]
A. NORMAL
B. INATTENTIVE
C. DISTRACTED
D. ILLNESS
E. FATIGUED
F. APPARENTLY ASLEEP/BLACKOUT
G. DRINKING ALCOHOL - IMPAIRED
H. DRINKING ALCOHOL - NOT IMPAIRED
I. DRUG USE - IMPAIRED
J. DRUG USE - NOT IMPAIRED
K. PHYSICAL IMPAIRMENT (EYES, EAR, LIMB)
Y. UNKNOWN
Z. OTHER

### DRIVER DISTRACTION [E]
A. CELL PHONE
B. OTHER ELECTRONIC DEVICE (PAGER, PALM PILOT, NAVIGATION DEVICE, ETC.)
C. OTHER INSIDE THE VEHICLE
D. OTHER OUTSIDE THE VEHICLE
E. NOT DISTRACTED
Y. UNKNOWN

### REASON FOR MOVEMENT [J]
A. TO AVOID OTHER VEHICLE
B. TO AVOID PEDESTRIAN
C. TO AVOID ANIMAL
D. TO AVOID OTHER OBJECT
E. PASSING
F. VEHICLE OUT OF CONTROL, NOT PASSING
G. VEHICLE OUT OF CONTROL, PASSING
H. FOR TRAFFIC CONTROL
I. DUE TO CONGESTION
J. DUE TO PRIOR CRASH (COLLISION)
K. DUE TO DRIVER CONDITION
L. DUE TO DRIVER VIOLATION
M. DUE TO VEHICLE CONDITION (FAILURE)
N. DUE TO PAVEMENT CONDITION
O. HIGH WIND
P. NORMAL MOVEMENT
Y. UNKNOWN
Z. OTHER

### PEDESTRIAN ACTIONS [ ]
A. CROSSING, ENTERING ROAD AT INTERSECTION
B. CROSSING, ENTERING ROAD NOT AT INTERSECTION
C. WALKING IN ROAD - WITH TRAFFIC
D. WALKING IN ROAD - AGAINST TRAFFIC
E. SLEEPING IN ROADWAY
F. STANDING IN ROADWAY
G. GETTING ON OR OFF OTHER VEHICLE
H. PUSHING, WORKING ON VEHICLE IN ROAD
I. OTHER WORKING IN ROADWAY
J. PLAYING IN ROADWAY
K. NOT IN ROADWAY
Y. UNKNOWN
Z. OTHER

### SEQUENCE OF EVENTS/HARMFUL EVENTS

**NON COLLISION**
A. OVERTURN/ROLLOVER
B. FIRE/EXPLOSION
C. IMMERSION
D. JACKKNIFE
E. CARGO/EQUIPMENT LOSS OR SHIFT
F. FELL/JUMPED FROM MOTOR VEHICLE
G. THROWN OR FALLING OBJECT
H. EQUIPMENT FAILURE (BLOWN TIRE, BRAKE FAILURE, ETC.)
I. SEPARATION OF UNITS IN TRANSPORT
J. RAN OFF ROAD RIGHT
K. RAN OFF ROAD LEFT
L. CROSSED MEDIAN/CENTERLINE
M. DOWNHILL RUNAWAY
N. OTHER NON-COLLISION

**COLLISION WITH PERSON, MOTOR VEHICLE, OR NON-FIXED OBJECT**
O. PEDESTRIAN
P. PEDALCYCLE
Q. RAILWAY VEHICLE (TRAIN, ENGINE)
R. ANIMAL
S. MOTOR VEHICLE IN TRANSPORT
T. PARKED MOTOR VEHICLE
U. STRUCK BY FALLING, SHIFTING CARGO OR ANYTHING SET IN MOTION BY MOTOR VEHICLE
V. WORK ZONE/MAINTENANCE EQUIPMENT
W. OTHER NON-FIXED OBJECT

**COLLISION WITH FIXED OBJECT**
X. IMPACT ATTENUATOR/CRASH CUSHION
Y. BRIDGE OVERHEAD STRUCTURE
Z. BRIDGE PIER OR SUPPORT
AA. BRIDGE RAIL
BB. CULVERT
CC. CURB
DD. DITCH
EE. EMBANKMENT
FF. GUARDRAIL FACE
GG. GUARDRAIL END
HH. CONCRETE TRAFFIC BARRIER
II. OTHER TRAFFIC BARRIER
JJ. TREE (STANDING)
KK. UTILITY POLE/LIGHT SUPPORT
LL. TRAFFIC SIGN SUPPORT
MM. TRAFFIC SIGNAL SUPPORT
NN. OTHER POST, POLE, OR SUPPORT
OO. FENCE
PP. MAILBOX
QQ. OTHER FIXED OBJECT (WALL, BUILDING, TUNNEL, ETC.)
YY. UNKNOWN

1st [S]
2nd [ ]
3rd [ ]
4th [ ]

MOST HARMFUL EVENT [S]

### MOVEMENT PRIOR TO CRASH [B]
A. STOPPED
B. PROCEEDING STRAIGHT AHEAD
C. TRAVELING WRONG WAY
D. BACKING
E. CROSSED MEDIAN INTO OPPOSING LANE
F. CROSSED CENTER LINE INTO OPPOSING LANE
G. RAN OFF ROAD (NOT WHILE MAKING TURN AT INTERSECTION)
H. CHANGING LANES ON MULTI-LANE ROAD
I. MAKING LEFT TURN
J. MAKING RIGHT TURN
K. STOPPED PREPARING TO, OR MAKING U-TURN
L. MAKING TURN, DIRECTION UNKNOWN
M. STOPPED, PREPARING TO TURN LEFT
N. STOPPED, PREPARING TO TURN RIGHT
O. SLOWING TO MAKE LEFT TURN
P. SLOWING TO MAKE RIGHT TURN
Q. SLOWING TO STOP
R. PROPERLY PARKED
S. PARKING MANEUVER
T. ENTERING TRAFFIC FROM SHOULDER
U. ENTERING TRAFFIC FROM MEDIAN
V. ENTERING TRAFFIC FROM PARKING LANE
W. ENTERING TRAFFIC FROM PRIVATE LANE OR DRIVEWAY
X. ENTERING FREEWAY FROM ON RAMP
Y. LEAVING FREEWAY VIA OFF RAMP
Z. OTHER OR UNKNOWN

### VEHICLE CONDITION [K]
A. DEFECTIVE BRAKES
B. DEFECTIVE HEADLIGHTS
C. DEFECTIVE REAR LIGHTS
D. DEFECTIVE SIGNAL LIGHTS
E. ALL LIGHTS OUT
F. DEFECTIVE STEERING
G. TIRE FAILURE
H. WORN OR SMOOTH TIRES
I. ENGINE FAILURE
J. DEFECTIVE SUSPENSION
K. NO DEFECTS OBSERVED
Y. UNKNOWN
Z. OTHER

### VEHICLE LIGHTING [B]
A. HEADLIGHTS ON
B. HEADLIGHTS OFF
C. DAYTIME RUNNING LIGHTS
Y. UNKNOWN

### TRAFFIC CONTROL CONDITIONS [E]
A. CONTROLS FUNCTIONING
B. CONTROLS NOT FUNCTIONING
C. CONTROLS OBSCURED
D. LANE MARKING UNCLEAR OR DEFECTIVE
E. NO CONTROLS
Y. UNKNOWN

### ALCOHOL/DRUG INVOLVEMENT [A]
ALCOHOL/DRUGS SUSPECTED...
A. NEITHER ALCOHOL NOR DRUGS
B. YES-ALCOHOL
C. YES-DRUGS
D. YES-ALCOHOL AND DRUGS
Y. UNKNOWN

ALCOHOL.................. [B]
A. TEST REFUSED
B. NO TEST GIVEN
C. TEST GIVEN, RESULTS PENDING
D. TEST GIVEN, BAC ............ . _____ %

DRUGS..................... [A]
A. TEST NOT GIVEN
B. TEST GIVEN, RESULTS PENDING
C. TEST REFUSED
D. DRUGS REPORTED (SPECIFY IN NARRATIVE)

AFFIX BLOOD ALCOHOL KIT LABEL HERE

(OR ENTER BLOOD ALCOHOL KIT NUMBER)

| | DIRECTION BEFORE CRASH | FINAL LOCATION OF VEHICLES | DISTANCE TRAVELED AFTER IMPACT | SPEED EST. | POSTED | SKIDMARK DATA (FEET) FR | FL | RR | RL |
|---|---|---|---|---|---|---|---|---|---|
| HEADED | ON HIGHWAY, STREET OR DRIVE | | | | | | | | |
| E (NESW) | I-20 E B 154 MM | Shoulder | 10 FEET | 70 | 70 | | | | |

### DAMAGE TO VEHICLE

**AREA DAMAGED**
(diagram) 1ST [I]
2ND [J]
3RD [ ]
N- UNDERCARRIAGE
O- TOTAL
P- OTHER
Q- NONE
Y- UNKNOWN

**EXTENT OF DEFORMITY**
1ST [E]
2ND [E]
3RD [ ]
A- NONE
B- VERY MINOR
C- MINOR
D- MINOR/MODERATE
E- MODERATE
F- MODERATE/SEVERE
G- SEVERE
H- VERY SEVERE
Y- UNKNOWN

CITATION NO                          VEH. PED.    R.S. OR ORD. NO
_____       □    □     _____
_____       □    □     _____
_____       □    □     _____
_____       □    □     _____

NOTICE OF INSURANCE VIOLATION .......... □

L G
INVESTIGATING OFFICER'S INITIALS

DPSSP 3106 (REV. JAN. 2005)

| COVER SHEET | Court Identification Docket # | Case Year | Docket Number |
|---|---|---|---|
| Civil Case Filing Form (To be completed by Attorney/Party Prior to Filing of Pleading) | 25 1 CE | 2017 | 07 |
| Mississippi Supreme Court  Form AOC/01 Administrative Office of Courts (Rev 2009) | County # / Judicial District / Court ID (CH, CI, CO) 1 / KS / 17 Month   Date   Year  This area to be completed by clerk | | Local Docket ID  Case Number if filed prior to 1/1/94 |

In the **Circuit** Court of **Hinds** County — Judicial District **1st**

**Origin of Suit** (Place an "X" in one box only)
[X] Initial Filing   [ ] Reinstated   [ ] Foreign Judgment Enrolled   [ ] Transfer from Other court   [ ] Other
[ ] Remanded   [ ] Reopened   [ ] Joining Suit/Action   [ ] Appeal

**Plaintiff** - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form

Individual: **McNeil**, **Gregory**
Last Name / First Name / Maiden Name, if applicable / M.I. / Jr/Sr/III/IV

___ Check (x) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style: Estate of _____
___ Check (x) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity: D/B/A or Agency _____

Business: _____
Enter legal name of business, corporation, partnership, agency - if Corporation, indicate the state where incorporated
___ Check (x) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below: D/B/A _____

Address of Plaintiff: **336 Overlook Circle, Jackson, MS 39213**
Attorney (Name & Address): **Joe M. Ragland, 615 Barksdale St, Jackson, MS 39202**   MS Bar No. **4600**
___ Check (x) if Individual Filing Initial Pleading is NOT an attorney
Signature of Individual Filing: _____

**Defendant** - Name of Defendant - Enter Additional Defendants on Separate Form

Individual: _____
Last Name / First Name / Maiden Name, if applicable / M.I. / Jr/Sr/III/IV

___ Check (x) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style: Estate of _____
___ Check (x) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity: D/B/A or Agency _____

Business: **Fabulous Global Unvestors, LLC, d/b/a Fabulous Global Logistics**
Enter legal name of business, corporation, partnership, agency - if Corporation, indicate the state where incorporated
___ Check (x) if Business Defendant is acting in the name of an entity other than the above, and enter below: D/B/A _____

Attorney (Name & Address) - If Known: _____   MS Bar No. _____

Damages Sought: Compensatory $ _____   Punitive $ _____   Check (x) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit** (Place an "X" in one box only)

| Domestic Relations | Business/Commercial | Children/Minors - Non-Domestic | Real Property |
|---|---|---|---|
| [ ] Child Custody/Visitation | [ ] Accounting (Business) | [ ] Adoption - Contested | [ ] Adverse Possession |
| [ ] Child Support | [ ] Business Dissolution | [ ] Adoption - Uncontested | [ ] Ejectment |
| [ ] Contempt | [ ] Debt Collection | [ ] Consent to Abortion Minor | [ ] Eminent Domain |
| [ ] Divorce: Fault | [ ] Employment | [ ] Removal of Minority | [ ] Eviction |
| [ ] Divorce: Irreconcilable Diff. | [ ] Foreign Judgment | [ ] Other _____ | [ ] Judicial Foreclosure |
| [ ] Domestic Abuse | [ ] Garnishment | **Civil Rights** | [ ] Lien Assertion |
| [ ] Emancipation | [ ] Replevin | [ ] Elections | [ ] Partition |
| [ ] Modification | [ ] Other _____ | [ ] Expungement | [ ] Tax Sale: Confirm/Cancel |
| [ ] Paternity | **Probate** | [ ] Habeas Corpus | [ ] Title Boundary or Easement |
| [ ] Property Division | [ ] Accounting (Probate) | [ ] Post Conviction Relief/Prisoner | [ ] Other _____ |
| [ ] Separate Maintenance | [ ] Birth Certificate Correction | [ ] Other _____ | **Torts** |
| [ ] Termination of Parental Rights | [ ] Commitment | **Contract** | [ ] Bad Faith |
| [ ] UIFSA (eff 7/1/97; formerly URESA) | [ ] Conservatorship | [ ] Breach of Contract | [ ] Fraud |
| [ ] Other _____ | [ ] Guardianship | [ ] Installment Contract | [ ] Loss of Consortium |
| **Appeals** | [ ] Heirship | [ ] Insurance | [ ] Malpractice - Legal |
| [ ] Administrative Agency | [ ] Intestate Estate | [ ] Specific Performance | [ ] Malpractice - Medical |
| [ ] County Court | [ ] Minor's Settlement | [ ] Other _____ | [ ] Mass Tort |
| [ ] Hardship Petition (Driver License) | [ ] Muniment of Title | **Statutes/Rules** | [ ] Negligence - General |
| [ ] Justice Court | [ ] Name Change | [ ] Bond Validation | [X] Negligence - Motor Vehicle |
| [ ] MS Dept Employment Security | [ ] Testate Estate | [ ] Civil Forfeiture | [ ] Product Liability |
| [ ] Worker's Compensation | [ ] Will Contest | [ ] Declaratory Judgment | [ ] Subrogation |
| [ ] Other _____ | [ ] Other _____ | [ ] Injunction or Restraining Order | [ ] Wrongful Death |
| | | [ ] Other _____ | [ ] Other _____ |

IN THE CIRCUIT COURT FOR THE FIRST JUDICIAL DISTRICT
OF HINDS COUNTY, MISSISSIPPI

**GREGORY McNEIL**                                                                                   **PLAINTIFF,**

VS.                                                                                                    No. 17-7

                                                                                    **DEMAND FOR JURY TRIAL**

**FABULOUS GLOBAL INVESTORS, LLC**
**D/B/A FABULOUS GLOBAL LOGISTICS,**                                                   **DEFENDANT.**

TO PROCESS SERVER:

You are hereby commanded to Summons:

Fabulous Global Investors, LLC
(d/b/a Fabulous Global Logistics)
Richard N. Onwudebe, Registered Agent
8 Devon Ct.
Mansfield, Texas 76063

**NOTICE TO FABULOUS GLOBAL INVESTORS, LLC**
**D/B/A FABULOUS GLOBAL LOGISTICS,**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a written response to the Complaint and answer the attached "PLAINTIFF, GREGORY McNEIL'S FIRST SET OF INTERROGATORIES, FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS, AND FIRST REQUESTS FOR ADMISSIONS PROPOUNDED TO DEFENDANT, FABULOUS GLOBAL INVESTORS, LLC D/B/A FABULOUS GLOBAL LOGISTICS" to the Attorney for the Plaintiffs, Joe M. Ragland, RAGLAND LAW FIRM, 615 Barksdale Street, Jackson, Mississippi 39202, within thirty (30) days from the date of delivery of this Summons and Complaint, and its attachment. You must also file your response with the Clerk of this Court within a reasonable time there afterwards.

Issued under my hand and the seal of said Court, this 06th day of January, A.D., 2017.

                                                                          CIRCUIT CLERK

                                                                          BY: _____, D.C.

                                                                          ZACK WALLACE, CIRCUIT CLERK
                                                                          HINDS COUNTY, FIRST DISTRICT
                                                                          P. O. BOX 327
                                                                          JACKSON, MS 39205

IN THE CIRCUIT COURT FOR THE FIRST JUDICIAL DISTRICT
OF HINDS COUNTY, MISSISSIPPI

| | |
|---|---|
| **GREGORY McNEIL** | **PLAINTIFF,** |
| **VS.** | **No. 17-7** |
| | **DEMAND FOR JURY TRIAL** |
| **FABULOUS GLOBAL INVESTORS, LLC** <br> **D/B/A FABULOUS GLOBAL LOGISTICS,** | **DEFENDANT.** |

**NOTICE OF SERVICE OF**
**"PLAINTIFF, GREGORY McNEIL'S FIRST SET OF INTERROGATORIES, FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS, AND FIRST REQUESTS FOR <u>ADMISSIONS PROPOUNDED TO DEFENDANT,</u> FABULOUS GLOBAL INVESTORS, LLC D/B/A FABULOUS GLOBAL LOGISTICS"**
**BY INCLUDING A COPY WITH THE COMPLAINT AND SUMMONS**

Notice is hereby given that Plaintiff, Gregory McNeil, is serving FABULOUS GLOBAL INVESTORS, LLC, D/B/A FABULOUS GLOBAL LOGISTICS, DEFENDANT by attaching a copy to the Complaint and Summons being served, of the following:

**"PLAINTIFF, GREGORY McNEIL'S FIRST SET OF INTERROGATORIES,**
**FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS, AND FIRST REQUESTS**
**FOR <u>ADMISSIONS PROPOUNDED TO DEFENDANT,</u> FABULOUS GLOBAL**
**INVESTORS, LLC D/B/A FABULOUS GLOBAL LOGISTICS"**

This the 05th day of January, A.D., 2017.

Respectfully submitted,

GREGORY McNeil

By: *Joe M. Ragland*
Joe M. Ragland, MSB #4600
Counsel for Plaintiff

RAGLAND LAW FIRM
828 North State Street
Jackson, Mississippi 39202
601•969•5050
TGA:BTG:JIL

IN THE CIRCUIT COURT FOR THE FIRST JUDICIAL DISTRICT
OF HINDS COUNTY, MISSISSIPPI

**GREGORY McNEIL**                                                      PLAINTIFF,

VS.                                                                 No. 17-7

**DEMAND FOR JURY TRIAL**

**FABULOUS GLOBAL INVESTORS, LLC**
**D/B/A FABULOUS GLOBAL LOGISTICS,**                                  DEFENDANT.

TO PROCESS SERVER:

You are hereby commanded to Summons:



Fabulous Global Investors, LLC
(d/b/a Fabulous Global Logistics)
Richard N. Onwudebe, Registered Agent
8 Devon Ct.
Mansfield, Texas 76063



**NOTICE TO FABULOUS GLOBAL INVESTORS, LLC**
**D/B/A FABULOUS GLOBAL LOGISTICS,**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a written response to the Complaint and answer the attached "PLAINTIFF, GREGORY McNEIL'S FIRST SET OF INTERROGATORIES, FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS, AND FIRST REQUESTS FOR ADMISSIONS PROPOUNDED TO DEFENDANT, FABULOUS GLOBAL INVESTORS, LLC D/B/A FABULOUS GLOBAL LOGISTICS" to the Attorney for the Plaintiffs, Joe M. Ragland, RAGLAND LAW FIRM, 615 Barksdale Street, Jackson, Mississippi 39202, within thirty (30) days from the date of delivery of this Summons and Complaint, and its attachment. You must also file your response with the Clerk of this Court within a reasonable time there afterwards.

Issued under my hand and the seal of said Court, this 06th day of January, A.D., 2017.

CIRCUIT CLERK

ATTEST A TRUE COPY
JAN 06 2017
ZACK WALLACE, CIRCUIT CLERK
BY _____ D.C.

ZACK WALLACE, CIRCUIT CLERK
HINDS COUNTY, FIRST DISTRICT
P. O. BOX 327
JACKSON, MS 39205

## PROOF OF SERVICE -- SUMMONS

NAME OF PERSON OR ENTITY SERVED:
Fabulous Global Investors, LLC
(d/b/a Fabulous Global Logistics)
Richard N. Onwudebe, Registered Agent
8 Devon Ct.
Mansfield, Texas 76063

    I, the undersigned Process Server, served this Summons, along with its attached Complaint and attachments thereto, in the manner set forth below:

✓ PERSONAL SERVICE. I personally delivered copies to Fabulous Global Investors, LLC (d/b/a Fabulous Global Logistics), Richard N. Onwudebe, Registered Agent, 8 Devon Ct. Mansfield, Texas 76063 on the _12_ day of _January_ A.D. _2017_.

    At the time of service, I was at least 18 years of age and not a party to this action.

Fee for service: _75.00_

Process Server must list below: (Please print or type)

Name _J. Kiefer_
Title _Deputy Constable_
Address _Pct 7 Tarrant County_
Phone _817-473-5110_

    PERSONALLY appeared before me, the undersigned authority in and for the jurisdiction aforesaid, the within named _John Kiefer_, who, being first duly sworn, states on oath that the matters and facts set forth in the foregoing "Proof of Service--Summons" are true and correct as therein stated.

PROCESS SERVER'S SIGNATURE

SWORN TO AND SUBSCRIBED before me, this _18th_ day of _January_, A.D., _2017_.

NOTARY PUBLIC

My Commission Expires: _7-28-2018_



2