IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **GREGORY MCNEIL,** § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> **FABULOUS GLOBAL INVESTORS,** § <br> **LLC d/b/a FABULOUS GLOBAL** § <br> **LOGISTICS,** § <br> § <br> Defendant. § | Civil Action No. 4:17-cv-00318-O |

### AGREED FINAL ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Gregory McNeil and Defendant Fabulous Global Investors, LLC d/b/a Fabulous Global Logistics jointly moved to dismiss with prejudice all claims brought or which could have been brought between them in this action. The Court finds that the motion is based on good grounds and that it is hereby **GRANTED**.

**ACCORDINGLY, IT IS ORDERED** that all claims asserted or which could have been asserted in the above referenced case are hereby **DISMISSED with prejudice** with each party bearing its own costs.

All relief not specifically granted herein is hereby denied.

**SO ORDERED** on this **17th day** of **July, 2017.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1